**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| NOVA BENEFIT PLANS, LLC<br>as Sponsor of the GRIST MILL TRUST<br><br>         Plaintiff,<br><br>    -against-<br><br>UNITED STATES OF AMERICA acting through<br>COMMISSIONER OF INTERNAL REVENUE,<br><br>         Defendant. | 3:13-cv-00572-MPS |
| DANIEL E. CARPENTER,<br>BENISTAR 419 PLAN SERVICES, INC.,<br>BENISTAR ADMIN SERVICES, INC.,<br>BENISTAR EMPLOYER SERVICES TRUST CORP.,<br><br>         Plaintiffs,<br><br>    -against-<br><br>UNITED STATES OF AMERICA acting through<br>COMMISSIONER OF INTERNAL REVENUE,<br><br>         Defendant. | 3:13-cv-00574-WWE |
| NOVA BENEFIT PLANS, LLC as Sponsor of the<br>SICKNESS, ACCIDENT, DISABILITY &<br>INDEMNITY TRUST, THE LIFE ONE PLAN<br>AND TRUST, and THE LIFE FIVE PLAN AND<br>TRUST<br><br>         Plaintiff,<br><br>    -against-<br><br>UNITED STATES OF AMERICA acting through<br>COMMISSIONER OF INTERNAL REVENUE,<br><br>         Defendant. | 3:13-cv-00573-JBA |

## NOTICE OF RELATED CASES AND MOTION TO CONSOLIDATE

Plaintiffs, by their attorneys, hereby move to consolidate the above-referenced matters for the reasons stated in their accompanying memorandum of law. Plaintiffs respectfully request that these matters be consolidated and assigned to the Honorable Alfred V. Covello, or in the alternative, the Honorable Stefan R. Underhill.

Dated: May 6, 2013
      Stamford, Connecticut

                      Respectfully submitted,

                      NOVA BENEFIT PLANS, LLC as Sponsor of the GRIST MILL TRUST;

                      DANIEL E. CARPENTER,
                      BENISTAR 419 PLAN SERVICES, INC.,
                      BENISTAR ADMIN SERVICES, INC.,
                      BENISTAR EMPLOYER SERVICES TRUST CORP.

                      NOVA BENEFIT PLANS, LLC as Sponsor of the SICKNESS, ACCIDENT, DISABILITY & INDEMNITY TRUST, THE LIFE ONE PLAN AND TRUST, and THE LIFE FIVE PLAN AND TRUST

                      By  */s/Ira Stechel*
                            Ira Stechel
                            John Morin
                            Wormser, Kiely, Galef & Jacobs LLP
                            825 Third Avenue
                            New York, New York 10022
                            (212) 573-0609
                            (212) 687-5703 (fax)

                      *Lead Counsel*

                      And

                                              Joseph M. Pastore III (ct11431)  
                                              Pastore & Dailey LLC  
                                              4 High Ridge Park, 3rd Floor  
                                              Stamford, CT 06905  
                                              (203) 658-8455  
                                              (203) 348-0852 (fax)  
                                              E-mail:  jpastore@psdlaw.net  
                                              Their Attorneys

*As Local Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed with the Court electronically and served on all counsel of record listed below via the electronic court filing (ECF) system and served by mail on anyone unable to accept electronic filing of emails on this 6th day of May, 2013. Notice of this filing will be sent by email to all parties by generation of the Court's ECF system and by mail on anyone unable to receive email. Parties may access this filing through the Court's CM/ECF system.

By: */s/ Joseph M. Pastore III*
Joseph M. Pastore III