UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NOVA BENEFIT PLANS, LLC, :
et al., :
  plaintiffs, :
                                             :
    v. :
                                             : Civil No. 3:13CV572(AVC)
UNITED STATES OF AMERICA :
Acting through COMMISSIONER :
OF INTERNAL REVENUE, :
  defendants. :

### JUDGMENT

This action having come before the court for consideration of the defendants' motion to dismiss, and

The court having considered the motion and the record of the case, and having granted the defendants motion to dismiss on March 18, 2014, it is hereby,

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendants.

Dated at Hartford, Connecticut, this 27th day of May, 2014 at Hartford, Connecticut.

                                      ROBIN TABORA, Clerk


                                      By: __/ s /_____
                                      Renee Alexander
                                      Deputy Clerk